IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES P. BASSLER, <br><br>　　　　　　Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br>　　　　　　Defendant. | Case No. 15-cv-01300-JPG-CJP |

## JUDGMENT

This matter having come before the Court, the plaintiff having failed to properly serve the defendant in a timely manner, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: January 4, 2018**　　　　**JUSTINE FLANAGAN, Acting Clerk of Court**

　　　　　　　　　　　　　　　　　　**s/Tina Gray, Deputy Clerk**


**Approved:**　s/ J. Phil Gilbert
　　　　　　**J. PHIL GILBERT**
　　　　　　**DISTRICT JUDGE**